UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| ROBERT ALLEN COOPER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No.: 3:22-CV-204-TAV-SKL |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation (the "R&R") entered by Chief United States Magistrate Judge Susan K. Lee on July 13, 2023 [Doc. 26]. In the R&R, Judge Lee recommends that Plaintiff's Motion for Summary Judgment [Doc. 19] be denied, defendant's Motion for Summary Judgment [Doc. 24] be granted, and the decision of the Commissioner of Social Security ("Commissioner") be affirmed. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72.

After a careful review of the matter, the Court agrees with Judge Lee's recommendations. Accordingly, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 26]. Plaintiff's Motion for Summary Judgment [Doc. 19] is **DENIED**, and defendant's Motion for Summary Judgment [Doc. 24] is **GRANTED**. The decision of the

Commissioner is **AFFIRMED**, and this civil action is **DISMISSED**. The Clerk is **DIRECTED** to **CLOSE** this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
    CLERK OF COURT